IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

FILED
NOV 2 6 2019
Clerk, U.S. District Court
District Of Montana
Missoula

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR 19–39–M–DLC |
| Plaintiff, | |
| vs. | ORDER |
| BRADLEY SCOTT LANE, | |
| Defendant. | |

Before the Court is the United States' Unopposed Motion to Quash a Writ of Habeas Corpus (for testimony). (Doc. 26).

IT IS ORDERED that the motion (Doc. 26) is GRANTED.

IT IS FURTHER ORDERED that the Writ of Habeas Corpus (for testimony) directing the Warden of the Montana State Prison, Deer Lodge, Montana, the Warden of Passages Assessment and Sanction Center, Billings, Montana, and Rod Ostermiller, United States Marshal for the District of Montana, to produce Ashley Marie McCormack, DOC ID# 2098679, before the Court at the Russell Smith Courthouse at Missoula, Montana, at 9:00 a.m. on December 9, 2019, IS HEREBY QUASHED.

DATED this 26th day of November, 2019.

*/s/ Dana L. Christensen*
Dana L. Christensen, Chief District Judge
United States District Court